| | |
|---|---|
| 1 | VICTOR M. PEREZ, #114381 |
| | THE PEREZ LAW FIRM |
| 2 | 1304 W. Center Avenue |
| | Visalia, California 93291 |
| 3 | Telephone: (559) 625-2626 |
| | Facsimile: (559) 625-3064 |
| 4 | |
| 5 | Attorney for Defendant, JUAN S. BULGARA |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00101-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JUAN S. BULGARA, | |
| Defendant. | |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, MELANIE L. ALSWORTH, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE PRESIDING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MELANIE L ALSWORTH, Assistant U.S. Attorney, attorney for plaintiff; and Victor M. Perez, attorney for defendant JUAN S. BULGARA, that the time for presentence, interview report and sentencing be extended to September 17, 2018 at 10:00a.m.

This request is made jointly by the government and defense in order to permit time for interview, report and sentence. The parties are currently engaged in a number of conflicting proceedings necessitate the additional time to complete the requested. Defendant waives his right for timely sentencing by a certain date and agrees to extend the time for sentencing. The parties

agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a timely sentencing.

Respectfully Submitted,

Date: 06/20/2018          /s/ Melanie L. Alsworth
                          Melanie L. Alsworth
                          ASSISTANT U.S. ATTORNEY FOR
                          PLAINTIFF U.S.A.

Date: 06/20/2018          /s/ Victor M. Perez
                          Victor M. Perez
                          ATTORNEY FOR DEFENDANT
                          Juan S. Bulgara

**ORDER**

The court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the court finds that it is unreasonable to expect adequate preparation for sentencing proceedings itself within the time limits established in 18 U.S.C. Section 3161. In addition, the court specifically finds that the failure to grant a continuance in this case would deny the parties reasonable time necessary for effective preparation of sentence, taking into account the exercise of due diligence. The court finds that the ends of justice to be served by granting an extension of the date upon which a sentence must be presented outweigh the best interests of the public and the defendants for a timely sentence. The sentencing hearing as to the above-named defendant currently scheduled for July 2, 2018, is continued to September 17, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 27, 2018**                    _____
                                            UNITED STATES DISTRICT JUDGE