```
 1  VICTOR M. PEREZ, #114381
    THE PEREZ LAW FIRM
 2  1304 W. Center Avenue
    Visalia, California  93291
 3  Telephone:  (559) 625-2626
 4  Facsimile:  (559) 625-3064

 5

 6  Attorney for Defendant, JUAN S. BULGARA

 7

 8                      UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10
```

|    |    |
|----|----|
| UNITED STATES OF AMERICA, | Case No.   1:16-CR-00101 DAD BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR PRESENTENCE INTERIVIEWING REPORT AND SENTENCING** |
| JUAN S. BULGARA, | |
| Defendant. | |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, MELANIE L. ALSWORTH, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE PRESIDING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MELANIE L ALSWORTH, Assistant U.S. Attorney, attorney for plaintiff; and Victor M. Perez, attorney for defendant JUAN S. BULGARA, that the time for presentence, interview report and sentencing be extended to October 10, 2018 at 10:00a.m.

This request is made jointly by the government and defense in order to permit time for interview, report and sentence. The parties are currently engaged in a number of conflicting proceedings necessitate the additional time to complete the requested. Defendant waives his right for timely sentencing by a certain date and agrees to extend the time for sentencing. The parties

1

agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a timely sentencing.

Respectfully Submitted,

Date: 09/13/2018 /s/ Melanie L. Alsworth
Melanie L. Alsworth
ASSISTANT U.S. ATTORNEY FOR
PLAINTIFF U.S.A.

Date: 09/13/2018 /s/ Victor M. Perez
VICTOR M. PEREZ
ATTORNEY FOR DEFENDANT
Juan S. Bulgara

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts that stipulation. The Court also finds that the ends of justice to be served by granting a continuance of the sentencing hearing outweigh the interests of the public and the defendant in a speedy trial and therefore excludes the period of time from September 17, 2018 to October 10, 2018, in order to allow defense counsel adequate time to prepare. See 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Code T4). The sentencing hearing set for September 17, 2018 is vacated and reset for October 10, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **September 13, 2018**

UNITED STATES DISTRICT JUDGE